UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL FISCHER, LLC and THEODORE PRESSER CO., Plaintiffs, -against- ALBERT AHRONHEIM and JOSEPH MICHAEL CARL, Defendants. | 26-CV-1960 ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for an initial conference on July 21, 2026 at 11:30 AM.

**SO ORDERED.**

Dated: New York, New York
July 9, 2026

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge