UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL FISCHER, LLC and THEODORE PRESSER CO.,

Plaintiffs,

-against-

ALBERT AHRONHEIM and JOSEPH MICHAEL CARL,

Defendants.

26-CV-1960

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is aware that a mediation was held in this matter and that an agreement was reached on all issues. The Clerk of the Court shall mark this action closed, subject to reopening by letter within 30 days if the settlement is not effected, and all pending motions denied as moot.

**SO ORDERED.**

Dated: New York, New York
November 2, 2026

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge